IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MONTANA MILLER, )
)
          Plaintiff, )
)
v. )
)
WAL-MART STORES, INC., )
)
          Defendant. ) Case No. 3AN-08-10157 CI
)

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO:      Clerk of Court
           Alaska Court System
           Third Judicial District at Anchorage

AND TO:  Robert Jurasek
           PENTLARGE LAW GROUP
           1400 W. Benson Blvd. Suite 550
           Anchorage, Alaska 99503

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 3AN-08-10157 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Wal-Mart Stores, Inc. on September 17, 2008, with the Clerk of the United States District Court for the District of Alaska.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 17 day of September, 2008, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By: _____
William A. Earnhart
Alaska Bar No. 9411099

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 17th day of September, 2008 on:

Robert Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd. Suite 550
Anchorage, Alaska 99503

_____
RICHMOND & QUINN

2245\010\PLD\NOTICE OF REMOVAL (STATE)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
MILLER v. WAL-MART STORES, INC., CASE NO. 3AN-08-10157 CI
PAGE 2

Exhibit A

Case 3:08-cv-00206-JWS   Document 1-2   Filed 09/17/08   Page 2 of 2   Page 2 of 2 Pages