IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| MONTANA MILLER, ) | COPY |
| ) Plaintiff, ) | Original Received |
| ) | SEP 03 2008 |
| vs. ) | |
| ) | Clerk of the Trial Courts |
| WAL-MART STORES, INC., ) | Case No.: 3AN-08-_____ CI |
| ) Defendant. ) | |

## COMPLAINT

COMES NOW the plaintiff, by and through her attorneys, PENTLARGE LAW GROUP, and for her Complaint against the defendant, states and alleges as follows:

1. That Plaintiff is a resident of the State of Alaska and was at all times pertinent hereto.

2. That upon information and belief, defendant is a duly licensed corporation doing business within the State of Alaska, Third Judicial District.

3. On or about September 19, 2006, while plaintiff was walking into the defendants' store located at 3101 A Street, Anchorage, Alaska, plaintiff tripped and fell due to tripping on broken pavement in disrepair. Defendants' negligence was the sole and proximate cause of the accident and plaintiff's injuries.

4. Defendant had a duty to properly maintain areas outside their business and to keep said areas free of hazardous conditions. Defendant breached that duty by failing to properly maintain and/or remove the hazardous conditions in the area plaintiff fell.

COMPLAINT
Miller v. Wal-Mart; Case No. 3AN-08-_____-CI
Page 1 of 2

Exhibit B
Page 1 of 2 Pages

PENTLARGE LAW GROUP
1400 WEST BENSON BOULEVARD SUITE 550
ANCHORAGE, ALASKA 99503
(907) 276-1919  276-8000 (FAX)

5. Defendants had a duty to warn patrons of their store of unsafe conditions and/or hazardous obstructions which could reasonably cause injury. The defendants breached that duty by failing to warn plaintiff of the dangerous condition which caused her fall.

6. Defendants' failure to properly maintain the area surrounding its store and failure to warn of dangerous conditions and/or hazardous obstructions constitutes negligence on the part of the defendant.

7. As a result of defendants' negligence, plaintiff has suffered damages including, but not limited to, medical expense, pain and suffering, loss of income, loss of enjoyment of life and other damages in an amount in excess of $100,000.00, to be proven at trial.

WHEREFORE, having stated her Complaint, plaintiff prays for judgment against the Defendant as follows:

1. Compensatory damages, in excess of $100,000.00, the exact amount of which to be proven at trial;

2. For pre-judgment and post-judgment interest at the maximum rate allowable by law;

3. For plaintiff's costs and attorneys' fees incurred in pursuing this action; and

4. For such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 2 day of September, 2008.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

Robert J. Jurasek
Alaska Bar No.:9111071

COMPLAINT
Miller v. Wal-Mart; Case No. 3AN-08-_____-CI
Page 2 of 2

Exhibit B
Page 2 of 2 Pages