William A. Earnhart, ASBA 9411099
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
E-mail: wearnhart@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MONTANA MILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>WAL-MART and WAL-MART STORES, INC.,<br><br>        Defendant. | Case No. 3:08-cv-00206 JWS |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

DATED: October 8, 2008    By:    /s/ Robert Jurasek
                                 Robert Jurasek
                                 PENTLARGE LAW GROUP
                                 1400 W. Benson Blvd. Suite 550
                                 Anchorage, Alaska 99503
                                 Telephone: (907) 276-1919
                                 Facsimile: (907) 276-8000
                                 E-mail: rjurasek@gci.net
                                 Alaska Bar No. 9111071

DATED: October 8, 2008    By:    /s/ William A. Earnhart
                                 William A. Earnhart
                                 RICHMOND & QUINN
                                 360 "K" Street, Suite 200
                                 Anchorage, Alaska 99501
                                 Telephone: (907) 276-5727
                                 Facsimile: (907)276-2953
                                 E-mail:
                                 wearnhart@richmondquinn.com
                                 Alaska Bar No. 9411099

2245\010\DISMISS STIPULATION

**STIPULATION FOR DIMISSAL**
Miller v. Wal-Mart Stores, Inc., CASE NO. 3:06-CV-00206 JWS
PAGE 2